UNI1.   STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ~~WASHINGTON~~
*Arizona*

Case No. *CV-96-102 WFN*                    Date *11-23-98*

Title: *U.S. Intermediaries*          vs. *Pace American Group*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Tele PTC*

HONORABLE *Wm. Fremming Nielsen*          JUDGE

*David G. Nace*                              *none*
_____              _____
Deputy Clerk                          Court Reporter

                *Susan Villarreal*
              _____
              Bailiff/*Law Clerk*

ATTORNEYS FOR PLAINTIFF(s)            ATTORNEYS FOR DEFENDANT(s)

*Theodore Dircar*                     *Michael J. Meehan*
_____              _____

_____              _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Proceedings:          _____Open Court    ✓ Chambers    _____Other

*7:30 a.m. - Convened*

*Counsel discuss posture of case.   Counsel indicate this matter*

*has settled.*

*Court signs Order Closing File.*

✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 30 1998

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*7:40 a.m. - Adjourned*

(339)